UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                       Case No. 17-cr-20208

vs.

                                       Hon. Mark A. Goldsmith

PHILIP FRAME,

       Defendant.
_____/

## **NOTICE OF WITHDRAWAL OF DEFENDANT'S**
## **MOTION TO DISCLOSE LOCATION OF DEFENDANT**

NOW COMES STEPHEN T. RABAUT, counsel on behalf of the Defendant, PHILIP FRAME, and hereby withdraws his Motion to Disclose Location of Defendant, but reserves his right to refile said Motion if it becomes necessary.

                                                               Respectfully submitted,

                                                               /s/ Stephen T. Rabaut
                                                               STEPHEN T. RABAUT (P 31143)
                                                               Attorney for Defendant
                                                               16931 19 Mile Rd., Ste. 100
                                                               Clinton Township, MI 48038
                                                               (586) 263-1600
                                                               srabautlaw@me.com

Dated: January 31, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                   Case No. 17-cr-20208

vs.

                                   Hon. Mark A. Goldsmith

PHILIP FRAME,

      Defendant.
_____/

### CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2018, I electronically filed a Notice of Withdrawal of Motion to Disclose Location of Defendant with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

                                                        /s/ Cynthia Seelinger
                                                        Cynthia Seelinger
                                                        16931 19 Mile Rd., Ste. 100
                                                        Clinton Township, MI 48038
                                                        (586) 263-1600
                                                        srabautlaw@me.com

Dated:  January 31, 2018