UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

PHILIP FRAME,

      Defendant.
_____/

Case No. 17-20208-MAG

Hon. Mark A. Goldsmith

## **STIPULATION TO AMEND JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the Judgment in the above named criminal case be amended under the sub-heading "Title & Section / Nature of Offense" to "18 USC §2252A(a)(2) Receipt of Child Pornography" in the place and stead of "Receipt and Distribution of Child Pornography." Both parties agree that the amendment to said Judgment will more accurately reflect the Defendant's adjudication of guilt.

| | |
|---|---|
| */s/ Matthew Roth w/ consent*<br>MATTHEW ROTH (P 58549)<br>Assistant United States Attorney<br>211 W. Fort St., Ste. 2001<br>Detroit, MI  48226-3220<br>(313) 226-9186<br>Matthew.roth2@usdoj.gov<br><br>Dated: 2/26/25 | */s/ Stephen T. Rabaut*<br>STEPHEN T. RABAUT (P 31143)<br>Attorney for Defendant<br>17001 19 Mile Rd., Ste. 1-D<br>Clinton Township, MI  48038<br>(586) 940-9231<br>srabautlaw@me.com<br><br>Dated: 2/26/25 |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                Case No. 17-20208-MAG

                                Hon. Mark A. Goldsmith

PHILIP FRAME,

    Defendant.

_____/

**<u>ORDER AMENDING JUDGMENT</u>**

    Upon reading and filing the stipulation of the parties hereto, and the Court being fully advised in the premises;

    NOW THEREFORE;

    IT IS HEREBY ORDERED that the Judgment in the above named criminal case be amended under the sub-heading "Title & Section / Nature of Offense" to "18 USC §2252A(a)(2) Receipt of Child Pornography" in the place and stead of "Receipt and Distribution of Child Pornography."

Dated: March 14, 2025                                            s/Mark A. Goldsmith
                                                                                   Hon. Mark A. Goldsmith
                                                                                   U.S. District Court Judge